United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

D'JAI OKOLO JEHRAMYUS,
Plaintiff,

v.

GOOGLE LLC,
Defendant.

Case No. 26-cv-02332-PCP

**ORDER TO SHOW CAUSE**

Plaintiff D'Jai Okolo Jehramyus failed to file any response to defendant's motion to dismiss by the July 13, 2026, deadline. Accordingly, plaintiff is **ORDERED TO SHOW CAUSE** why his claims should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. If plaintiff fails to file a response to defendants' motion to dismiss on or before September 3, 2026, the case shall be dismissed with prejudice for failure to prosecute.

The Clerk is directed to serve a copy of this Order and defendant's motion to dismiss, Dkt. No. 30, on Mr. Jehramyus by certified mail at the following address:

D'Jai Okolo Jehramyus
125 Louise Ter SW
Atlanta, GA 30331

**IT IS SO ORDERED.**

Dated: August 3, 2026

P. Casey Pitts
United States District Judge